IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIS BANKS, CANDY CAPORALE, BRUCE DAVIS, GENE SULLENBERGER, and CHRISTINE WOOTTEN, for themselves and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, THE 3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.), ATOTECH USA, LLC, MACDERMID, INC., PROCINO PLATING, INC., a/k/a PROCINO ENTERPRISES, a/k/a PROCINO, and BLADES DEVELOPMENT LLC,<br><br>      Defendants. | C.A. No. 19-1672 (MN)(JLH) |

**<u>ORDER</u>**

At Wilmington, this 19th day of August 2022:

WHEREAS, on August 4, 2022, Magistrate Judge Hall issued a Report and Recommendation ("the Report") (D.I. 135) in this action, recommending, *inter alia*, that the Court grant-in-part and deny-in-part Blades Development LLC's ("Blades") Motion to Dismiss (D.I. 115) ("the Motion"); and

WHEREAS, with respect to the Motion, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and Blades Development LLC's Motion to Dismiss is GRANTED-IN-PART and

DENIED-IN-PART. The Motion is GRANTED as to Count III and those claims against Blades in the First Amended Complaint are DISMISSED WITHOUT PREJUDICE. The Motion is DENIED as to Counts V and VI.

The Court further adopts Judge Hall's recommendation that Plaintiffs be granted leave to file a further amended complaint within 21 days to address the deficiencies set forth in the Report. As all other Defendants have filed objections to the Report (D.I. 136), this 21-day period shall begin to run once the Court issues its Memorandum Opinion on those objections.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge