IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DORIS BANKS, CANDY CAPORALE, BRUCE DAVIS, GENE SULLENBERGER, and CHRISTINE WOOTTEN, for themselves and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-1672 (MN) (JLH) |
| EIDP, INC., THE 3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.), ATOTECH USA, LLC, MACDERMID, INC., PROCINO PLATING, INC., a/k/a PROCINO ENTERPRISES, a/k/a PROCINO, and BLADES DEVELOPMENT LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 15th day of August 2023:

WHEREAS, on July 28, 2023, Magistrate Judge Hall held a teleconference on the pending motions to dismiss[1] wherein she read her Report and Recommendation into the record and, also on July 28, 2023, Judge Hall issued a corresponding Report and Recommendation on the docket (7/28/2023 Minute Entry; D.I. 200) (collectively, "the Report");

WHEREAS, Judge Hall recommended that (1) Defendant Atotech USA, LLC's Motion to Dismiss Third Amended Class Action Complaint (D.I. 166 ) be GRANTED; (2) Defendant 3M

---

[1] Defendant Atotech USA, LLC's Motion to Dismiss Third Amended Class Action Complaint (D.I. 166), Defendant 3M Company's Motion to Dismiss Counts III Through VII of the Third Amended Class Action Complaint (D.I. 168), Defendant MacDermid, Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint Under Fed. R. Civ. P. 12(b)(6) (D.I. 170), and Defendant E.I. DuPont de Nemours and Company's Motion to Strike and Motion to Dismiss Plaintiffs' Third Amended Complaint (D.I. 172).

1

Company's Motion to Dismiss Counts III Through VII of the Third Amended Class Action Complaint (D.I. 168 ) be GRANTED; (3) Defendant EIDP Inc.'s Motion to Strike and Motion to Dismiss Plaintiffs' Third Amended Complaint (D.I. 172 ) be GRANTED; and (4) Defendant MacDermid, Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint Under Fed. R. Civ. P. 12(b)(6) (D.I. 170 ) be GRANTED-IN-PART and DENIED-IN-PART as follows: the motion should be DENIED with respect to Count 2 and GRANTED with respect to Counts 3, 4, 5, 6, and 7 (D.I. 200);

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.   The Report and Recommendation (D.I. 200) is ADOPTED.

2.   Defendant Atotech USA, LLC's Motion to Dismiss Third Amended Class Action Complaint (D.I. 166 ) is GRANTED and the claims against Atotech USA, LCC in the Third Amended Class Action Complaint (except the claims in Count II) are DISMISSED without prejudice.

3.   Defendant 3M Company's Motion to Dismiss Counts III Through VII of the Third Amended Class Action Complaint (D.I. 168 ) is GRANTED and the claims against 3M contained in Counts III through VII of the Third Amended Class Action Complaint are DISMISSED without prejudice.

4.   Defendant EIDP Inc.'s Motion to Strike and Motion to Dismiss Plaintiffs' Third Amended Complaint (D.I. 172 ) is GRANTED and the claim against EIDP Inc. in the Third

Amended Class Action Complaint (except the claims in Count II) are DISMISSED without prejudice.

5.       Defendant MacDermid, Inc.'s Motion to Dismiss Plaintiffs' Third Amended Complaint Under Fed. R. Civ. P. 12(b)(6) (D.I. 170 ) is GRANTED-IN-PART and DENIED-IN-PART.  The motion is DENIED with respect to Count II and GRANTED with respect to Counts III through VII and the claims against MacDermid contained in Counts III through VII of the Third Amended Class Action Complaint are DISMISSED without prejudice.

IT IS FURTHER ORDERED that, as stated at the conclusion of the July 28, 2023 teleconference, should Plaintiffs wish to attempt to further amend their complaint, they shall do so by following Judge Hall's procedures as will be set forth in the Scheduling Order entered in this case.[2]

The Honorable Maryellen Noreika
United States District Judge

---

[2]       Pursuant to Judge Hall's July 21, 2023 Oral Order, the parties are to submit a proposed Scheduling Order for Her Honor's consideration by August 21, 2023.  (D.I. 197).