# Exhibit 4

| | |
|---|---|
| **From:** | Gabriel Vazquez |
| **Sent:** | Tuesday, July 23, 2024 1:52 PM |
| **To:** | Donald, J. Wylie |
| **Cc:** | Coral Odiot; Veronica Vazquez; Schlier, David; Roger Jones; Thomas Crumplar |
| **Subject:** | RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer |

Donald, we agree. On our behalf you can go ahead and formalize the response.

Gabriel

---

**From:** Donald, J. Wylie <JDonald@McCarter.com>
**Sent:** Tuesday, July 23, 2024 1:13 PM
**To:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Thomas Crumplar <tom@jcdelaw.com>; Donald, J. Wylie <JDonald@McCarter.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

Gabriel, to follow up on our discussions last Thursday. We have conferred with the client. We are formalizing our response but I can confirm that we will identify transactions for DuPont formulation FS-10 and 1033D for metal-plating applications and containing or potentially containing PFOA 1) with Atotech USA for 1033D in 2002 and for FS-10 in 2007, 2012 and 2013, and 2) with MacDermid for FS-10 in 2013. No transactions for metal-plating applications and containing or potentially containing PFOA were identified for Procino Enterprise and Peninsula Plating. We will also provide a product identification number (which you have defined as a SKU).

As we discussed on our call, Plaintiffs have agreed that they do not need manufacturing dates at this time and that we can limit our research to domestic sources. If we find that PFOA was intentionally added as an ingredient we will endeavor to provide the chemical composition information. We have considered your request for distributor information but have reviewed the Court's 2022 recommendation and the discovery obtained to date and do not see how distributor information is appropriate (no distributor purchases have been identified by Procino).

This information is primarily gleaned from electronic records under the direction of counsel.

Please confirm this is satisfactory and we will formalize the response.

Wylie

---

**From:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Sent:** Wednesday, July 17, 2024 4:37 PM
**To:** Donald, J. Wylie <JDonald@McCarter.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Thomas Crumplar <tom@jcdelaw.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

**EXTERNAL EMAIL | STOP | VERIFY | REPORT**

---

Donald, in advance of tomorrow's M&C, attached is the narrowed set of interrogatory and request for production of documents for class action certification discovery purposes only, as per ordered by Judge Fallon on the 7/9 hearing.

Cordially,

**From:** Donald, J. Wylie <JDonald@McCarter.com>
**Sent:** Wednesday, July 17, 2024 3:17 PM
**To:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Thomas Crumplar <tom@jcdelaw.com>; Donald, J. Wylie <JDonald@McCarter.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

Good. Talk to you tomorrow at 11 am ET.

**From:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Sent:** Wednesday, July 17, 2024 3:16 PM
**To:** Donald, J. Wylie <JDonald@McCarter.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Thomas Crumplar <tom@jcdelaw.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

**EXTERNAL EMAIL | STOP | VERIFY | REPORT**

Yes on my part.

**From:** Donald, J. Wylie <JDonald@McCarter.com>
**Sent:** Wednesday, July 17, 2024 3:11 PM
**To:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Donald, J. Wylie <JDonald@McCarter.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

Gabriel, is this confirmed?

**From:** Donald, J. Wylie <JDonald@McCarter.com>
**Sent:** Monday, July 15, 2024 3:13 PM
**To:** 'Gabriel Vazquez' <GVazquez@NSPRLaw.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Schlier, David <dschlier@mccarter.com>; Roger Jones <RJones@NapoliLaw.com>; Donald, J. Wylie <JDonald@McCarter.com>
**Subject:** RE: BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

Gabriel, nice to meet you and welcome aboard. As you know, we met-and-conferred with your colleague, Ms. Vazquez, back on May 9, and again on June 28, and again discussed the subject with your colleagues, Mr. Croner and Mr. Crumplar, after the conference last Tuesday, July 9. I look forward to further discussions this Thursday, July 18 at 11 am.

Additionally, please remove Mr. Ferguson from your email string; he has not worked on this case in some time.

Wylie



**J. Wylie Donald | Partner**
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West | Washington DC, 20005

jdonald@mccarter.com | www.mccarter.com | V-Card
T 202.753.3352 M 973.752.1574

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

**From:** Gabriel Vazquez <GVazquez@NSPRLaw.com>
**Sent:** Monday, July 15, 2024 2:08 PM
**To:** Schlier, David <dschlier@mccarter.com>; Ferguson, Travis <tferguson@mccarter.com>; Donald, J. Wylie <JDonald@McCarter.com>
**Cc:** Coral Odiot <COdiot@nsprlaw.com>; Veronica Vazquez <VVazquez@NSPRLaw.com>; Roger Jones <RJones@NapoliLaw.com>
**Subject:** BANKS, et al. v. EIDP, INC., et al. (1:19-cv-01672-JLH) - Meet & Confer

**EXTERNAL EMAIL | STOP | VERIFY | REPORT**

Good afternoon counsels. As the newly appointed NSPR LAW attorney on the case, I've been assigned to meet and confer with you in relation to the discovery request pending, as per ordered on the July 9th hearing. We are available tomorrow between 9-10am, or at 4pm; Wednesday and Thursday at any time. Thank you.

Cordially,

**Gabriel Vazquez**
**Associate**



(787) 493-5088 | GVazquez@NSPRLaw.com
1302 Avenida Ponce de León, Santurce, Puerto Rico 00907

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Gabriel Vazquez**
**Associate**



(787) 493-5088 | GVazquez@NSPRLaw.com
1302 Avenida Ponce de León, Santurce, Puerto Rico 00907

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Gabriel Vazquez**
**Associate**



(787) 493-5088 | GVazquez@NSPRLaw.com
1302 Avenida Ponce de León, Santurce, Puerto Rico 00907

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.