# Exhibit 5

**Q24 history file - do NOT update in P24!**

| Business | Calendar Year | Calendar Year / Month | Calendar Day | Material | Mat text | SD text | ship to text | Ship-to City | Ship-to State/Prov | Ship-to Postal Code | Ship-to Country | Country full | Inv Qty (Sales) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FL POLY SOLS | 2007 | 05.2007 | 03.05.2007 | D12172488 | CAPSTONE FS-10 3.632KG/8LB PL BOTTLE | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 2 CAN |
| FL POLY SOLS | 2007 | 05.2007 | 14.05.2007 | D12172488 | CAPSTONE FS-10 3.632KG/8LB PL BOTTLE | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 2 CAN |
| FL POLY SOLS | 2007 | 06.2007 | 21.06.2007 | D12172488 | CAPSTONE FS-10 3.632KG/8LB PL BOTTLE | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730 | US | USA | 1 CAN |
| FL POLY SOLS | 2007 | 06.2007 | 21.06.2007 | D12172488 | CAPSTONE FS-10 3.632KG/8LB PL BOTTLE | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730 | US | USA | 1 CAN |
| FL POLY SOLS | 2007 | 06.2007 | 21.06.2007 | D12172488 | CAPSTONE FS-10 3.632KG/8LB PL BOTTLE | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730 | US | USA | (1) CAN |
| FL POLY SOLS | 2012 | 11.2012 | 06.11.2012 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 10.000 DRUM |
| FL POLY SOLS | 2013 | 02.2013 | 19.02.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | MACDERMID INC ASF | FERNDALE | Michigan | 48220-1959 | US | USA | 1.000 DRUM |
| FL POLY SOLS | 2013 | 03.2013 | 08.03.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 5.000 DRUM |
| FL POLY SOLS | 2013 | 04.2013 | 10.04.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 15.000 DRUM |
| FL POLY SOLS | 2013 | 06.2013 | 26.06.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 15.000 DRUM |
| FL POLY SOLS | 2013 | 07.2013 | 01.07.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 15.000 DRUM |
| FL POLY SOLS | 2013 | 07.2013 | 01.07.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 15.000 DRUM |
| FL POLY SOLS | 2013 | 07.2013 | 01.07.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | (15.000) DRUM |
| FL POLY SOLS | 2013 | 07.2013 | 01.07.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | (15.000) DRUM |
| FL POLY SOLS | 2013 | 12.2013 | 04.12.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 84.000 DRUM |
| FL POLY SOLS | 2013 | 12.2013 | 04.12.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 84.000 DRUM |
| FL POLY SOLS | 2013 | 12.2013 | 04.12.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | 84.000 DRUM |
| FL POLY SOLS | 2013 | 12.2013 | 04.12.2013 | D12260912 | CAPSTONE FS-10 200KG/440.529LB DRUM | Standard order | ATOTECH USA INC | ROCK HILL | South Carolina | 29730-7462 | US | USA | (84.000) DRUM |