

**Jacobs & Crumplar**, P.A.
Attorneys at Law
www.jcdelaw.com

10 Corporate Circle, Suite 301
New Castle, DE 19720
(302) 656-5445
(302) 656-5875 (fax)

28412 DuPont Blvd., Suite 104
Millsboro, DE 19966
(302) 934-1234
(302) 934-5143 (fax)

August 21, 2025

<u>VIA CM/ECF</u>

The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 14 – Room 6100
Wilmington, DE 19801-3555

      RE: *Candy Caporale, et al. v. EIDP, Inc., et al.*,
            C.A. No. 1:19-cv-01672-JLH-SRF

Dear Judge Fallon,

    Plaintiffs are writing to respectfully advise the Court that—in an effort to simplify the matters that are currently pending—they are voluntarily withdrawing their Motion for Class Certification (D.I. 356) with respect to the proposed Personal Injury and Property Damage Classes. Plaintiffs will proceed solely with their request for certification of an issues class under Fed. R. Civ. P. 23(c)(4). As detailed in the Motion (D.I. 356 at 23-25) and the Reply in Support of the Motion (D.I. 463 at 13-15), the issues class would be limited to the questions of whether Defendants discharged PFAS into the environment, whether those discharges contaminated municipal and private water systems, and whether Defendants' conduct breached applicable duties of care.

    In Plaintiffs' view, the withdrawal of the Personal Injury and Property Damage class certification requests should eliminate the need for oral argument, currently scheduled for September 10, 2025, on Defendants' motions to exclude the expert testimony of Dr. Alan Ducatman (D.I. 433), Dr. Kevin Boyle (D.I. 435), and Dr. Stephen King (D.I. 439). They have been submitted as experts only with respect to issues related to personal injury and property damage claims. Accordingly, Plaintiffs contemplate that the September 10, 2025, hearing will now be limited to argument on Defendants' motion to exclude the expert testimony of Dr. Richard Laton (D.I. 437) and the summary judgment motion filed by Defendant Blades Development LLC (D.I. 459).

    We thank the Court for its attention to this matter.

                                         Very truly yours,

                                          */s/ Patrick C. Gallagher*
                                          Patrick C. Gallagher (DE # 5170)
                                          Pat@jcdelaw.com

Paul J. Napoli (admitted pro hac vice)
Gabriel M. Vazquez (admitted *pro hac vice*)
Coral M. Odiot-Rivera (admitted *pro hac vice*)
VerónicaVázquez-Santiago (admitted *pro hac vice*)
**NS PR Law Services LLC d/b/a Napoli Shkolnik**
1302 Avenida Ponce de Leon
San Juan, PR  00907-3982
Tel. (833) 271-4502
pnapoli@nsprlaw.com
gvazquez@nsprlaw.com
codiot@nsprlaw.com
vvazquez@nsprlaw.com

cc:     All Counsel of Record *via* CM/ECF